**Opinion filed December 5, 2024**



## In The

# Eleventh Court of Appeals

_____

## No. 11-24-00176-CV

_____

## STEVEN L. CUNNINGHAM AND CONNIE S. MODKINS, Appellants

## V.

## ENDEAVOR ENERGY RESOURCES, LP, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV60396**

## M E M O R A N D U M   O P I N I O N

Appellants have filed in this court a motion to dismiss the appeal. In the motion, Appellants state that they "do not wish to prosecute their appeal in this case." *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellants' motion and dismiss this appeal.


W. BRUCE WILLIAMS

December 5, 2024                    JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.